IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| FEI GUAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:17-cv-332 |
| | ) | |
| BING RAN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT QI TECH, LLC'S MOTION TO DISMISS

Defendant Qi Tech, LLC ("Qi Tech"), by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves to dismiss the Complaint filed by Plaintiff Fei Guan for failure to state a claim upon which relief can be granted. The grounds for Qi Tech's motion are set forth more fully in the supporting memorandum filed contemporaneously herewith.

WHEREFORE, Qi Tech respectfully requests that the Court dismiss the Complaint as to Qi Tech in its entirety.

Dated: April 25, 2017

Respectfully submitted,

QI TECH, LLC.

By: _____/s/_____

Robert R. Vieth
VSB No. 24304
Mihir V. Elchuri
VSB No. 86582
Attorneys for Defendant Qi Tech, LLC
HIRSCHLER FLEISCHER,
A PROFESSIONAL CORPORATION
8270 Greensboro Drive, Suite 700
Tysons, VA 22102

|            |                      |
|------------|----------------------|
| Telephone: | 703.584.8900         |
| Facsimile: | 703.584.8901         |
| E-mail:    | rvieth@hf-law.com    |
|            | melchuri@hf-law.com  |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of April 2017, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of Court for the Eastern District of Virginia, Alexandria Division, using the Court's CM/ECF system, which thereby caused the above to be served electronically on all registered users of the Court's CM/ECF system who have filed notices of appearance in this matter.

                                                    /s/

Mihir V. Elchuri
VSB No. 86582
Attorney for Defendant Qi Tech, LLC
HIRSCHLER FLEISCHER,
A PROFESSIONAL CORPORATION
8270 Greensboro Drive, Suite 700
Tysons, VA 22102
Telephone:    703.584.8900
Facsimile:     703.584.8901
E-mail:         melchuri@hf-law.com

8741111-1  042417.00001