IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| FEI GUAN, | : |
|       Plaintiff, | : |
| v. | : Civil Action No. 1:17cv332 |
| BING RAN, *et al.*, | : |
|       Defendants. | : |

**MEMORANDUM IN SUPPORT OF
DEFENDANT BING RAN'S MOTION TO DISMISS**

COMES NOW defendant BING RAN (hereinafter, Mr. Ran), by counsel, and for his memorandum in support of his motion (Docket #18) to dismiss the complaint in this matter for failure to state a claim, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, previously filed herein, he states as follows:

1. Mr. Ran adopts the memorandum (Docket #23) filed herein by defendant ADVANCED SYSTEM TECHNOLOGY AND MANAGEMENT, INC. (hereinafter, AdSTM) in support of AdSTM's motion to dismiss (Docket #22), as if fully restated herein.

2. As stated in his motion, Mr. Ran asserts that the pertinent alleged actions and inactions concerning him as asserted in the complaint in this matter refer to him and to his actions in his capacity as an officer, director, employee and agent of AdSTM.

WHEREFORE, the complaint herein should be dismissed as to defendant BING RAN for failure to state a claim upon which relief can be granted.

Respectfully submitted,

BING RAN

/s/<br>
By Counsel

WILLIAM B. CUMMINGS, ESQUIRE
VSB #6469
Attorney for Defendant BING RAN
WILLIAM B. CUMMINGS, P.C.
Post Office Box 1177
Alexandria, VA 22313
(703) 836-7997
FAX (703) 836-0238
Email: wbcpclaw@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on the 27th day of April, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to at least the following counsel of record:

> Joshua Erlich, Esquire
> Davia Craumer, Esquire
> Katherine Herrmann, Esquire
> THE ERLICH LAW OFFICE, PLLC
> 2111 Wilson Boulevard, Suite 700
> Arlington, VA 22201
> Jerlich@erlichlawoffice.com
> Dcraumer@erlichlawoffice.com
> Kherrmann@erlichlawoffice.com
> Counsel for Plaintiff Fei Guan
>
> James B. Kinsel, Esquire
> Rebecca Bricken Segal, Esquire
> PROTORAE LAW, PLLC
> 1921 Gallows Road, Suite 950
> Tysons, VA 22182
> Jkinsel@protoraelaw.com
> Rsegal@protoraelaw.com
> Counsel for Defendant Advanced System
>     Technology and Management, Inc.
>
> Jason F. Zellman, Esquire
> Lily A. Saffer, Esquire
> SUROVELL ISAACS & LEVY PLC
> 4010 University Drive, Suite 200
> Fairfax, VA 22030
> Jzellman@surovellfirm.com
> Lsaffer@surovellfirm.com
> Counsel for Defendant Alice Guan
>
> Robert R. Vieth, Esquire
> Mihir V. Elchuri, Esquire
> HIRSCHLER FLEISCHER, P.C.

8270 Greensboro Drive, Suite 700
Tysons, VA 22102
Rvieth@hf-law.com
Melchuri@hf-law.com
Counsel for Defendant Qi Tech, LLC

By:         /s/
WILLIAM B. CUMMINGS, ESQUIRE
VSB #6469
Attorney for Defendant BING RAN
WILLIAM B. CUMMINGS, P.C.
Post Office Box 1177
Alexandria, VA 22313
(703) 836-7997
FAX (703) 836-0238
Email: wbcpclaw@aol.com