UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| FEI GUAN, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>BING RAN; ALICE GUAN; )<br>ADVANCED SYSTEMS MANAGEMENT )<br>AND TECHNOLOGY, INC.; and )<br>QI TECH, LLC )<br>)<br>   Defendants. )<br>) | Case No. 1:17-cv-332 (JCC/IDD) |

## OPPOSITION TO DEFENDANT QI TECH'S MOTION TO DISMISS

COMES NOW the Plaintiff Fei Guan, through counsel, to oppose Defendant Qi Tech's Motion to Dismiss. Although Plaintiff opposes Qi Tech's motion in full, he intends to file an Amended Complaint that will moot the aforementioned motion. Plaintiff will file his Amended Complaint within the time allowed under Federal Rule of Civil Procedure 15(a)(1)(B). As that Amended Complaint will render Defendant Qi Tech's Motion to Dismiss moot, Plaintiff respectfully requests that Defendant's motion be denied.

Dated:    May 8, 2017            Respectfully,

                                                /s/
                                    Joshua Erlich, VA Bar No. 81298
                                    Davia Craumer, VA Bar No. 87426
                                    Katherine Herrmann, VA Bar No. 83203
                                    THE ERLICH LAW OFFICE, PLLC
                                    2111 Wilson Blvd., Ste. 700
                                    Arlington, VA  22201
                                    Tel:    (703) 791-9087
                                    Fax:   (703) 722-8114
                                    Email: jerlich@erlichlawoffice.com

dcraumer@erlichlawoffice.com
kherrmann@erlichlawoffice.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2017, a true copy of the foregoing was filed electronically with the Clerk of the Court and served electronically using the CM/ECF upon:

James B. Kinsel (VSB No. 44247)
Rebecca Bricken Segal (VSB No. 73403)
PROTORAE LAW, PLLC
1921 Gallows Road, Suite 950
Tysons, VA, 22182
jkinsel@protoraelaw.com
rsegal@protoraelaw.com

*Counsel for Defendant Advanced Systems Technology & Management, Inc.*

Mihir V. Elchuri (VSB No. 86582)
HIRSCHLER FLEISHER,
A PROFESSIONAL CORPORATION
8270 Greensboro Drive, Suite 700
Tysons, VA 22102
melchuri@hf-law.com

*Counsel for Defendant Qi Tech, LLC*

William B. Cummings, Esq. (VSB No. 6469)
William B. Cummings, P.C.
Post Office Box 1177
Alexandria, VA 22313
wbcpclaw@aol.com

*Counsel for Bing Ran*

A copy of this filing has also been sent by U.S. mail to Alice Guan, a *pro se* defendant, at: 4250 Alafaya Trail, #212 – 163, Oviedo, FL 32765.

                                            /s/
                                  Joshua Erlich, VA Bar No. 81298
                                  Davia Craumer, VA Bar No. 87426
                                  Katherine Herrmann, VA Bar No. 83203
                                  The Erlich Law Office, PLLC
                                  2111 Wilson Blvd.
                                  Suite 700
                                  Arlington, VA  22201

        Tel:    (703) 791-9087
        Fax:   (703) 351-9292
        Email: jerlich@erlichlawoffice.com
               dcraumer@erlichlawoffice.com
               kherrmann@erlichlawoffice.com

*Counsel for Plaintiff Fei Guan*