**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| FEI GUAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:17-cv-332 (JCC/IDD) |
| BING RAN; ALICE GUAN; | ) | |
| ADVANCED SYSTEMS MANAGEMENT | ) | |
| AND TECHNOLOGY, INC.; and | ) | |
| QI TECH, LLC | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## OPPOSITION TO DEFENDANT BING RAN'S MOTION TO DISMISS

COMES NOW the Plaintiff Fei Guan, through counsel, to oppose the Motion to Dismiss by Bing Ran ("Ran"). Although Plaintiff opposes Ran's motion in full, he intends to file an Amended Complaint that will moot the aforementioned motion. Plaintiff will file his Amended Complaint within the time allowed under Federal Rule of Civil Procedure 15(a)(1)(B). As that Amended Complaint will render Defendant Ran's Motion to Dismiss moot, Plaintiff respectfully requests that Defendant's motion be denied.

Dated:     May 9, 2017                    Respectfully,

                                           _____/s/_____
                                           Joshua Erlich, VA Bar No. 81298
                                           Davia Craumer, VA Bar No. 87426
                                           Katherine Herrmann, VA Bar No. 83203
                                           THE ERLICH LAW OFFICE, PLLC
                                           2111 Wilson Blvd., Ste. 700
                                           Arlington, VA  22201
                                           Tel:    (703) 791-9087
                                           Fax:    (703) 722-8114
                                           Email: jerlich@erlichlawoffice.com

1

dcraumer@erlichlawoffice.com
kherrmann@erlichlawoffice.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2017, a true copy of the foregoing was filed electronically with the Clerk of the Court and served electronically using the CM/ECF upon:

>James B. Kinsel (VSB No. 44247)
>Rebecca Bricken Segal (VSB No. 73403)
>PROTORAE LAW, PLLC
>1921 Gallows Road, Suite 950
>Tysons, VA, 22182
>jkinsel@protoraelaw.com
>rsegal@protoraelaw.com
>
>*Counsel for Defendant Advanced Systems Technology & Management, Inc.*
>
>Mihir V. Elchuri (VSB No. 86582)
>HIRSCHLER FLEISHER,
>A PROFESSIONAL CORPORATION
>8270 Greensboro Drive, Suite 700
>Tysons, VA 22102
>melchuri@hf-law.com
>
>*Counsel for Defendant Qi Tech, LLC*
>
>William B. Cummings, Esq. (VSB No. 6469)
>William B. Cummings, P.C.
>Post Office Box 1177
>Alexandria, VA 22313
>wbcpclaw@aol.com
>
>*Counsel for Bing Ran*

A copy of this filing has also been sent by U.S. mail to Alice Guan, a *pro se* defendant, at: 4250 Alafaya Trail, #212 – 163, Oviedo, FL 32765.

>                  /s/
>Joshua Erlich, VA Bar No. 81298
>Davia Craumer, VA Bar No. 87426
>Katherine Herrmann, VA Bar No. 83203
>The Erlich Law Office, PLLC
>2111 Wilson Blvd.
>Suite 700
>Arlington, VA  22201

4

        Tel:    (703) 791-9087
        Fax:   (703) 351-9292
        Email: jerlich@erlichlawoffice.com
               dcraumer@erlichlawoffice.com
               kherrmann@erlichlawoffice.com

*Counsel for Plaintiff Fei Guan*

4