UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| FEI GUAN, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>) <br>BING RAN; ALICE GUAN; )<br>ADVANCED SYSTEMS MANAGEMENT )<br>AND TECHNOLOGY, INC.; and )<br>QI TECH, LLC )<br>)<br>    Defendants. )<br>) | Case No. 1:17-cv-332 (JCC/IDD) |

**OPPOSITION TO DEFENDANT ADVANCED SYSTEMS TECHNOLOGY AND MANAGEMENT, INC.'S MOTION TO DISMISS**

COMES NOW the Plaintiff Fei Guan, through counsel, to oppose the Motion to Dismiss by Defendant Advanced Systems Technology and Management, Inc. ("AdSTM"). Although Plaintiff opposes AdSTM's motion in full, he intends to file an Amended Complaint that will moot the aforementioned motion. Plaintiff will file his Amended Complaint within the time allowed under Federal Rule of Civil Procedure 15(a)(1)(B). As that Amended Complaint will render Defendant AdSTM's Motion to Dismiss moot, Plaintiff respectfully requests that Defendant's motion be denied.

Dated:     May 9, 2017             Respectfully,

                                               /s/
                                      Joshua Erlich, VA Bar No. 81298
                                      Davia Craumer, VA Bar No. 87426
                                      Katherine Herrmann, VA Bar No. 83203
                                      THE ERLICH LAW OFFICE, PLLC
                                      2111 Wilson Blvd., Ste. 700
                                      Arlington, VA  22201

        Tel: (703) 791-9087
        Fax: (703) 722-8114
        Email: jerlich@erlichlawoffice.com
           dcraumer@erlichlawoffice.com
           kherrmann@erlichlawoffice.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2017, a true copy of the foregoing was filed electronically with the Clerk of the Court and served electronically using the CM/ECF upon:

>James B. Kinsel (VSB No. 44247)
>Rebecca Bricken Segal (VSB No. 73403)
>PROTORAE LAW, PLLC
>1921 Gallows Road, Suite 950
>Tysons, VA, 22182
>jkinsel@protoraelaw.com
>rsegal@protoraelaw.com
>
>*Counsel for Defendant Advanced Systems Technology & Management, Inc.*
>
>Mihir V. Elchuri (VSB No. 86582)
>HIRSCHLER FLEISHER,
>A PROFESSIONAL CORPORATION
>8270 Greensboro Drive, Suite 700
>Tysons, VA 22102
>melchuri@hf-law.com
>
>*Counsel for Defendant Qi Tech, LLC*
>
>William B. Cummings, Esq. (VSB No. 6469)
>William B. Cummings, P.C.
>Post Office Box 1177
>Alexandria, VA 22313
>wbcpclaw@aol.com
>
>*Counsel for Bing Ran*

A copy of this filing has also been sent by U.S. mail to Alice Guan, a *pro se* defendant, at: 4250 Alafaya Trail, #212 – 163, Oviedo, FL 32765.

>                      /s/
>Joshua Erlich, VA Bar No. 81298
>Davia Craumer, VA Bar No. 87426
>Katherine Herrmann, VA Bar No. 83203
>The Erlich Law Office, PLLC
>2111 Wilson Blvd.
>Suite 700
>Arlington, VA  22201

Tel: (703) 791-9087
Fax: (703) 351-9292
Email: jerlich@erlichlawoffice.com
dcraumer@erlichlawoffice.com
kherrmann@erlichlawoffice.com

*Counsel for Plaintiff Fei Guan*