IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| FEI GUAN,               : | |
|     Plaintiff,          : | |
|                                : | Case No. 1:17cv00332 |
|                                : | (JCC/IDD) |
| v.                          : | |
| BING RAN, et al,       : | |
|     Defendants,       : | |

DEFENDANT ALICE GUAN'S MOTION TO DISMISS
AMENDED COMPLAINT

      COMES NOW defendant ALICE GUAN, by Counsel and moves this Court to dismiss the Amended Complaint in this matter for failure to state a claim pursuant to Rule 12 (b) (6) of the Federal Rules of Civil Procedure.
      All allegations against Alice Guan are for actions as an agent of the corporate defendant Advanced Systems Management and Technology, Inc.
      A memorandum in support of this motion to dismiss is filed separately in this case.

                                                  Respectfully Submitted,

                                                  ALICE GUAN,
                                                  By Counsel

_____/s/_____
Tate Bywater Fuller Mickelsen & Tull, PLC
Counsel for Defendant Alice Guan
Douglas E. Bywater        Bar No 9137
James R. Tate               Bar No 6241
Paul Mickelsen            Bar No 71274
Travis D. Tull               Bar No 47486
2740 Chain Bridge Road
Vienna, VA  22181
703-938-5100 Tel
703-255-1097 Fax

debywater@tatebywater.com
jtate@tatebywater.com
pmickelsen@tatebywater.com
ttull@tatebywater.com

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY THAT on the 23rd day of May, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to at least the following counsel of record:

> Joshua Erlich, Esquire
> Davia Craumer, Esquire
> Katherine Herrmann, Esquire
> THE ERLICH LAW OFFICE, PLLC
> 2111 Wilson Boulevard, Suite 700
> Arlington, VA  22201
> jerlich@erlichlawoffice.com
> dcraumer@erlichlawoffice.com
> kherrmann@erlichlawoffice.com
> Counsel for Plaintiff Fei Guan
>
> James B. Kinsel, Esquire
> Rebecca Bricken Segal, Esquire
> PROTORAE LAW, PLLC
> 1921 Gallows Toad, Suite 950
> Tysons, VA  22182
> jkinsel@protoraelaw.com
> rsegal@protoraelaw.com
> Counsel for Defendant Advanced System
>     Technology and Management, Inc.
>
> Robert R. Vieth, Esquire
> Mihir V. Elchuri, Esquire
> HIRSCHLER FLEISCHER, P.C.
> 8270 Greensboro Drive, Suite 700
> Tysons, VA  22102
> rvieth@hf-law.com
> melchuri@hf-law.com
> Counsel for Defendant Qi Tech, LLC

William B. Cummings, Esquire
WILLIAM B. CUMMINGS, P.C.
Post Office Box 1177
Alexandria, VA  22313
[wbcpclaw@aol.com](mailto:wbcpclaw@aol.com)
Counsel for Defendant Bing Ran