IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| FEI GUAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:17-cv-332 (JCC/IDD) |
| | ) |
| BING RAN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT QI TECH, LLC'S MOTION TO DISMISS AMENDED COMPLAINT**

Defendant Qi Tech, LLC ("Qi Tech"), by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves to dismiss the Amended Complaint filed by Plaintiff Fei Guan for failure to state a claim upon which relief can be granted. The grounds for Qi Tech's motion are set forth more fully in the supporting memorandum filed contemporaneously herewith.

WHEREFORE, Qi Tech respectfully requests that the Court dismiss the Amended Complaint as to Qi Tech in its entirety.

Dated: May 24, 2017

Respectfully submitted,

QI TECH, LLC

By: ___/s/ Robert R. Vieth___
Robert R. Vieth, Esq. (VSB No. 24304)
Mihir V. Elchuri, Esq. (VSB No. 86582)
HIRSCHLER FLEISCHER, PC
8270 Greensboro Drive, Suite 700
Tysons, VA 22102
Telephone: 703.584.8900
Facsimile: 703.584.8901
E-mail: rvieth@hf-law.com
melchuri@hf-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May2017, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of Court for the Eastern District of Virginia, Alexandria Division, using the Court's CM/ECF system, which thereby caused the above to be served electronically on all registered users of the Court's CM/ECF system who have filed notices of appearance in this matter.

                                                */s/ Robert R. Vieth*
Robert R. Vieth, Esq. (VSB No. 24304)
Mihir V. Elchuri, Esq. (VSB No. 86582)
HIRSCHLER FLEISCHER, PC
8270 Greensboro Drive, Suite 700
Tysons, VA 22102
Telephone: 703.584.8900
Facsimile: 703.584.8901
E-mail:    rvieth@hf-law.com
              melchuri@hf-law.com

8813127-1  042417.00001